```
FILED
December 15, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>v.                               )<br>                                 )<br>RONNIE AIR PHIMMACHANH,          )<br>                                 )<br>            Defendant.           ) | Case No. CR.S-06-0343-DFL<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RONNIE AIR PHIMMACHANH, Case No. CR.S-06-0343-DFL from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

 ___   Release on Personal Recognizance

 _X_   Bail Posted in the Sum of $25,000.00

       _X_   Unsecured Appearance Bond

       ___   Appearance Bond with 10% Deposit

       ___   Appearance Bond with Surety

       ___   Corporate Surety Bail Bond

       _X_   (Other) Conditions as stated on the record

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 15, 2006 at 2:29 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge