1  **JAMES R. GREINER, ESQ.**
   CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
   555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
   TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
   RONNIE AIR PHIMMACHANH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-06-343-DFL |
| ) | |
| PLAINTIFF, ) | WAIVER OF DEFENDANT'S PRESENCE |
| ) | |
| v. ) | |
| ) | |
| RONNIE AIR PHIMMACHAHN, ) | |
| ) | |
| DEFENDANT. ) | |
| _____ ) | |

Defendant, RONNIE AIR PHIMMACHAHN, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, impanelment of jury and imposition of sentence. Defendant, RONNIE AIR PHIMMACHAHN, hereby requests the court to proceed during every absence oh her which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant RONNIE AIR PHIMMACHAHN, were personally present and further agrees to be present in court ready for hearing any day and hour the court may fix in her absence.

Defendant, RONNIE AIR PHIMMACHAHN, further acknowledges that he has been informed of his rights under Title 18 U.S.C. sections 3161-3174 ( Speedy Trial Act), and authorizes

1

his attorney to set times and delays under the Act without defendant RONNIE AIR PHIMMACHAHN being present and agrees to waive any and all time under both the federal constitution and the Speedy Trial Act regarding her rights to a speedy public jury trial. Defendant RONNIE AIR PHIMMACHAHN, has had conversations with her lawyer about both her federal constitutional right and Speedy Trial Act rights for a speedy public jury trial and agrees to waive such times under both of her rights.

DATED: January 8, 2007

/s/ RONNIE AIR PHIMMACHANH

_____
RONNIE AIR PHIMMACHAHN
Original in Attorney's file

DATED: January 8, 2007

/s/ James R. Greiner

_____
JAMES R. GREINER
Attorney for Defendant Ronnie Air Phimmachahn

   The Defendant's Waiver of Appearance is accepted.
   IT IS SO ORDERED.

DATED: January 10, 2007

/s/ David F. Levi
_____
HONORABLE CHIEF DISTRICT COURT JUDGE
DAVID F. LEVI

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3